STATE OF NORTH CAROLINA v. LEROY DAVIS

No. 7226SC166

(Filed 26 April 1972)

APPEAL by defendant from *Fountain, Judge,* 30 August 1971 Schedule "D" Criminal Session, MECKLENBURG Superior Court.

In separate bills of indictment, defendant was charged with felonious possession of heroin and felonious possession of marihuana. The cases were consolidated for trial. A verdict of guilty was returned in each case. From judgment imposing an active prison sentence, defendant appealed.

*Attorney General Robert Morgan by Assistant Attorney General Claude W. Harris for the State.*

*J. Marshall Haywood for defendant appellant.*

VAUGHN, Judge.

Defendant's court appointed counsel candidly states that he can find no error. We have examined the record and find no prejudicial error in the trial from which defendant appealed.

No error.

Judges BROCK and HEDRICK concur.